**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial Ave., Suite 105
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 513-8530

Attorney for Defendant, ELIZABETH LIVELY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:11-mj-00094-MJS |
| Plaintiff, | ) ) ) | STIPULATION TO VACATE TRIAL DATE AND SET PLEA & SENTENCING |
| vs | ) ) | |
| ELIZABETH LIVELY, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the Defendant, ELIZABETH LIVELY, her Attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Trial in the in the above-captioned matter currently scheduled for March 1, 2012, be vacated and the matter be set for plea and sentencing on March 21, 2012 at 10:00 a.m.

Dated: February 16, 2012        By:  /s/ Carol Ann Moses
                                     CAROL ANN MOSES
                                     Attorney for Defendant
                                     ELIZABETH LIVELY


Dated: February 16, 2012        By:  /s/ Susan St. Vincent
                                     Susan St. Vincent
                                     Legal Officer
                                     National Park Service

**ORDER**

The Court, having reviewed the above stipulation to Vacate Trial Date and set the matter for Plea and Sentencing on March 21, 2012, HEREBY ORDERS AS FOLLOWS:

    The Trial scheduled for Defendant, ELIZABETH LIVELY, shall be
    vacated and the matter will be set for plea and sentencing on March 21, 2012 at
    10:00 a.m.

IT IS SO ORDERED.

Dated:    February 17, 2012         /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE